# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHARLES SPEARS

NO. 2020 KW 0463

**JULY 06, 2020**

---

In Re: Charles Spears, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 41918.

---

**BEFORE: McDONALD, THERIOT, AND CHUTZ, JJ.**

    **WRIT APPLICATION TRANSFERRED** to the Louisiana Supreme Court, which has "exclusive supervisory jurisdiction . . . of all criminal writ applications relating to convictions and sentences imposed prior to July 1, 1982." La. Const. art. V, § 5(E).

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT